JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff Jason R. Hill*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON R. HILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STARPOINT RESORT GROUP, INC., a Nevada Corporation;<br><br>Defendant. | Case No.: 2:25-cv-00214-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff JASON R. HILL ("Plaintiff"), by and through his counsel of record, Greenberg Gross LLP, and Defendant STARPOINT RESORT GROUP, INC. ("Defendant"), by and through its counsel of record, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

DATED: October 19, 2025

*/s/ Jemma E. Dunn*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Jason R. Hill*

*/s/ Anthony L. Martin*
ANTHONY L. MARTIN
Nevada Bar No. 8177
ALINA KRAUFF
Nevada Bar No. 16266
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant*
*Starpoint Resort Group, Inc.*

**ORDER**

**IT IS SO ORDERED.**

DATED: ___________________________

_________________________________________
UNITED STATES DISTRICT COURT JUDGE