1  JEMMA E. DUNN
   Nevada Bar No. 16229
2  MATTHEW T. HALE
   Nevada Bar No. 16880
3  MARIAN L. MASSEY
   Nevada Bar No. 14579
4  **GREENBERG GROSS LLP**
   1980 Festival Plaza Drive, Suite 730
5  Las Vegas, Nevada 89135
   Telephone: (702) 777-0888
6  Facsimile: (702) 777-0801
   *JDunn@GGTrialLaw.com*
7  *MHale@GGTrialLaw.com*
   *MMassey@GGTrialLaw.com*
8
   *Attorneys for Plaintiff Jason R. Hill*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON R. HILL, an individual, | Case No.: 2:25-cv-00214-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| STARPOINT RESORT GROUP, INC., a Nevada Corporation; | |
| Defendant. | |

Plaintiff JASON R. HILL ("Plaintiff"), by and through his counsel of record, Greenberg Gross LLP, and Defendant STARPOINT RESORT GROUP, INC. ("Defendant"), by and through its counsel of record, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

-1-
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

DATED: October 19, 2025

   */s/ Jemma E. Dunn*  
JEMMA E. DUNN  
Nevada Bar No. 16229  
MATTHEW T. HALE  
Nevada Bar No. 16880  
MARIAN L. MASSEY  
Nevada Bar No. 14579  
**GREENBERG GROSS LLP**  
1980 Festival Plaza Drive, Suite 730  
Las Vegas, Nevada 89135  

*Attorneys for Plaintiff*  
*Jason R. Hill*

   */s/ Anthony L. Martin*  
ANTHONY L. MARTIN  
Nevada Bar No. 8177  
ALINA KRAUFF  
Nevada Bar No. 16266  
**OGLETREE, DEAKINS, NASH,**  
**SMOAK & STEWART, P.C.**  
10801 W. Charleston Blvd., Suite 500  
Las Vegas, NV 89135  

*Attorneys for Defendant*  
*Starpoint Resort Group, Inc.*

**ORDER**

**IT IS SO ORDERED.**

DATED: __October 27, 2025__

_____  
UNITED STATES DISTRICT COURT JUDGE

-2-
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**